UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60092-CR-DPG / 22-CR-60238-DPG

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

NOEL STRACHAN,
    Defendant
_____/

## EMERGENCY MOTION TO CONTINUE SENTENCING

The Defendant, NOEL STRACHAN ("Strachan"), by and through undersigned counsel, respectfully files this Emergency Motion to Continue Sentencing and, in support thereof, states as follows:

1. On October 28, 2022, Strachan was indicted for conspiracy to commit wire fraud and aggravated identity theft in Case No. 22-CR-60238-DPG. Subsequently, on May 11, 2023, Strachan was indicted on two counts of wire fraud in Case No. 23-60092-CR.

2. On September 26, 2023, Strachan pled guilty to Count One of the indictment for wire fraud in Case No. 23-60092-CR and Count One of the superseding indictment for conspiracy to commit wire fraud in Case No. 22-60238-CR.

3. On October 23, 2023, Strachan was released on a $250,000 personal surety bond co-signed by his sister, Juliet Williams. Additionally, Strachan has been under GPS monitoring with home detention and has been fully compliant with all conditions since his release.

4. On May 27, 2024, Strachan suffered an acute ischemic stroke, resulting in partial paralysis and speech difficulties. Strachan continues to undergo rehabilitation for his stroke-related disabilities.

5. On April 16, 2024, the Defendant underwent surgery to remove a tumor from his neck. Recently, the Defendant began experiencing significant pain in the same location where the tumor was removed.

6. The Defendant consulted with his medical team during the week of November 11, 2024, regarding his ongoing symptoms. Following this evaluation, the medical team determined that an additional surgery was necessary and scheduled it for today, November 19, 2024.

7. This surgery, occurring just two days before the currently scheduled sentencing, is expected to result in the Defendant being prescribed pain medication and requiring follow-up care, including a post-surgical evaluation on November 22, 2024.

8. Undersigned counsel learned of the scheduled surgery on Friday, November 15, 2024, and promptly reached out to Assistant United States Attorney Felipe Plechac-Diaz to ascertain the Government's position. AUSA Plechac-Diaz indicated that the Government opposes this continuance.

9. A continuance of the sentencing hearing is necessary to allow the Defendant to fully address his immediate medical needs and ensure that the Court has the benefit of reviewing the Defendant's complete medical condition, including post-surgical outcomes, before sentencing.

10. Undersigned counsel notes that, should this Court grant the requested continuance, counsel is scheduled to begin a three-week first-degree murder trial in **State of Florida v. Tevaughn Campbell, Case No. 19013572CF10A**, in Broward County on December 4, 2024, with pretrial hearings commencing on December 2, 2024.

**WHEREFORE**, the Defendant respectfully requests that this Court grant the Defendant's Emergency Motion to Continue Sentencing and enter an Order in accordance with this motion.

### CERTIFICATION OF EMERGENCY

**PURSUANT to LR.71,** I hereby certify that I have carefully examined this matter, and it is a true emergency, and I have made a bona fide effort to resolve this matter without the necessity of emergency action.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and the foregoing was furnished to: Felipe Plechac-Diaz, AUSA**,** on this 19th day of November, 2024.

Respectfully Submitted,

**THE LAW OFFICE OF**
**MICHAEL MIRER, P.A.**
100 Biscayne Blvd, Suite 1300
Miami, FL 33132
Tel.: 305-536-6177

        Fax: 305-536-6179

        By: *s/ Michael Mirer*
        MICHAEL MIRER, ESQ.
        Florida Bar No.: 0119490

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60092-CR-DPG / 22-CR-60238-DPG

UNITED STATES OF AMERICA,
 Plaintiff,
vs.

NOEL STRACHAN,
 Defendant.
_____/

## ORDER ON DEFENDANT'S EMERGENCY MOTION TO CONTINUE SENTENCING

**THIS CAUSE**, having come on for consideration before the Court, upon the Defendant's Emergency Motion to Continue Sentencing and after having reviewed said Motion and being otherwise fully advised on its premises, it is hereby:

**ORDERED AND ADJUDGED** that the Defendant's Emergency Motion to Continue Sentencing is hereby_____.
_____
_____

**DONE AND ORDERED** in Miami-Dade, this _____ day of _____ 2024.

_____
THE HONORABLE DARRIN GAYLES
U.S. DISTRICT COURT JUDGE

cc: Michael Mirer, Esq.
   Felipe Plechac-Diaz, AUSA